**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**John Henry SPIVEY, Jr.,**
**Defendant-Appellant**

**No. 16-50977**

United States Court of Appeals,
Fifth Circuit.

Filed June 27, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

John Henry Spivey, Jr., Pro Se

Before OWEN, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

John Henry Spivey, Jr., federal prisoner # 10158-002, requests leave to appeal in forma pauperis (IFP) from the district

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

court's denial of his motion to "revive" a prior appeal. Spivey's motion was "unauthorized and without a jurisdictional basis." *See United States v. Early,* 27 F.3d 140, 141 (5th Cir. 1994). His appeal from the denial of this motion is frivolous. *See Howard v. King,* 707 F.2d 215, 219-20 (5th Cir. 1983). Because Spivey's appeal fails to present a nonfrivolous issue, his motion for IFP is DENIED. *See Baugh v. Taylor,* 117 F.3d 197, 202 & n.24 (5th Cir. 1997). The appeal is DISMISSED as frivolous. 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.